IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN STOVER                                                                                          PLAINTIFF
ADC #154695

v.                                          5:18CV00040-JLH-JJV

WENDY KELLEY,
Director, ADC; *et al.*                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Robert Gardner, III is DISMISSED without prejudice from this cause of action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation would not be taken in good faith.

DATED this 15th day of November, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE