**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CALVIN STOVER, ADC #154695                                              PLAINTIFF

v.                                         NO: 5:18CV00040 JLH

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                    DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 24th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE